# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**WANDA KOEHN,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　**Case No: 8:20-cv-1279-T-35CPT**

**DICKEY'S BARBECUE
RESTAURANTS, INC., a foreign for-
profit corporation,**

    **Defendant.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On June 30, 2020, the Parties filed a Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 9) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**.  After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of July, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party