## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**WANDA KOEHN,**

    **Plaintiff,**

**v.**                                                                     **Case No: 8:20-cv-1279-T-35CPT**

**DICKEY'S BARBECUE**
**RESTAURANTS, INC., a foreign for-**
**profit corporation,**

    **Defendant.**

_____

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Upon review of the Plaintiff's Notice of Voluntary Dismissal with Prejudice, (Dkt.

11), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** The **Clerk** is directed

to terminate any pending motions and **CLOSE** this case**.**

**DONE and ORDERED** in Tampa, Florida this 3rd day of September, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party